No. 94–6681. JOHANSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–6684. BESHAW *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–6687. BAZE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 94–6693. FRANKLIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–6696. SALEMI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–6697. VEGAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–6713. DUDZINSKI *v.* CITY OF LIVONIA, MICHIGAN. Sup. Ct. Mich. Certiorari denied. 

No. 94–381. INTERNATIONAL PRIMATE PROTECTION LEAGUE ET AL. *v.* ADMINISTRATORS OF TULANE EDUCATIONAL FUND ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition. 

No. 94–388. ARVEY, HODES, COSTELLO & BURMAN *v.* KLINE ET AL. C. A. 3d Cir. Motions of American Institute of Certified Public Accountants and Business & Financial Lawyers et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 94–591. OHIO *v.* SINGFIELD. Ct. App. Ohio, Summit County. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–592. DOHERTY, DIRECTOR, ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY *v.* PENNINGTON. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 